**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TYRONE TACKETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:22-cv-00798** |
| | ) | **Judge Trauger** |
| **ANDREW PIERI and CITY OF MILLERSVILLE,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

Plaintiff Tyrone Tackett filed a pro se complaint under 42 U.S.C. § 1983 against Andrew Pieri and the City of Millersville.[1] (Doc. No. 1.) Because the plaintiff paid the full filing fee, there is no further screening of the complaint. *Benson v. O'Brian*, 179 F.3d 1014, 1017 (6th Cir. 1999). Accordingly, this action is **REFERRED** to the Magistrate Judge to oversee service of process, enter a scheduling order for the management of the case, dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and conduct further proceedings, if necessary, under Rule 72 of the Federal Rules of Civil Procedure and the Local Rules of Court.

The plaintiff is responsible for effecting service of process on the defendants in accordance with Federal Rule of Civil Procedure 4, which is available online. *See* www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure. Failure to timely complete service of process could result in dismissal of this action. *See* Fed. R. Civ. P. 4(m). In addition, the plaintiff must at all times keep the court informed of his mailing address or face dismissal for want of prosecution. *See* Fed. R. Civ. P. 41(b); M.D. Tenn. L. R. 41.01(b). Additional resources for pro

[1] The plaintiff also filed a motion seeking a preliminary injunction under Federal Rule of Civil Procedure 65(a) that the Court will consider in due course. (Doc. No. 3.)

se litigants, including forms, handbooks, and information sheets, are available on the court's website. *See* https://www.tnmd.uscourts.gov/representing-yourself-federal-court.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge