**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Tyrone Tackett

Plaintiff,

v.

Case No.: 3:22−cv−00798

Andrew Pieri, et al.

Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/10/2023 re [12].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk